FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 MAY 22 AM 11:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CLERK *L. Moore*
SO. DIST. OF GA.

ALVIN CHRISTOPHER HAMILTON,

  Petitioner,

v.             CIVIL ACTION NO.: CV613-030

TOM GRAMIAK, Warden,

  Respondent.

## ORDER

Petitioner has moved this Court for dismissal of the captioned action, without prejudice, as he had not exhausted is state remedies prior to filing this petition.

Pursuant to FED. R. CIV. P. 41(a)(2), Petitioner's Motion to Dismiss is hereby **GRANTED**. Petitioner's *habeas corpus* action is **DISMISSED**, without prejudice.

**SO ORDERED**, this 22 day of May, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)